# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JOEY ROMERO, | Case No.: 1:14-cv-01040- JLT |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (Doc. 9) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On January 16, 2015, the parties stipulated for Defendant to have an extension of time to prepare the administrative transcript. (Doc. 9.) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED**;
2. Defendant **SHALL** file and serve the administrative transcript on or before **February 18, 2015**.

IT IS SO ORDERED.

Dated:   **January 16, 2015**            /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE

1